AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**JEREMY SLAGLE**
**DOB:**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 28, 2007__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

knowingly, transport or ship in interstate or foreign commerce, by any means, including by computer, visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct, and the visual depictions are of such conduct.

in violation of Title __18__ United States Code, Section(s) __2252A(a)(1)__.

I further state that I am __DETECTIVE TIMOTHY PALCHAK__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**   ☒ Yes   ☐ No

Signature of Complainant
**DETECTIVE TIMOTHY PALCHAK**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____ at _____Washington, D.C._____
Date                                                    City and State

_____     _____
Name & Title of Judicial Officer                  Signature of Judicial Officer

**AFFIDAVIT IN SUPPORT OF ARREST WARRANT AND COMPLAINT**

Your affiant is a member of the Metropolitan Police Department currently assigned to a Crimes Against Children Task Force.  On December 28, 2007,  I assumed the on-line identity of a cooperating witness's American on Line (AOL) screen name. At that time, I was working in an undercover capacity at a location in the District of Columbia.

At approximately 5:19 p.m., I was contacted by an individual using the screen name "Jhsbassman". The on-line conversation between this individual and your affiant was  conducted via Instant Messaging and ended at 7:50 p.m. During the course of the on-line contact, "Jhsbassman" forwarded to your affiant via the Internet images of child pornography, including video clips and still images. The images included, but were not limited to, a video clip titled "2 gay teen-young boys being fuckd.mpg" which depicted to boys who appear to be between the ages of 12 and 16 years-old engaging in anal sex; an image of two boys who appear to be between the ages of 10 and 12 years-old engaging in anal. sex, an image of an adult male and a prepubescent boy who appears to be seven to eight years-old naked; the boy is masturbating the adult male, an image of a preteen boy who appears to be seven to ten years old being anally penetrated by another male, and other images of young teen and pre-teen males masturbating and exposing their erect penises.

During the course of the conversation, "Jhsbassman" sent to your affiant via Instant Messaging his cellular telephone number. A public records check revealed that the telephone assigned that number was active and registered to Karen Slagel with an address of xxx xxxxx xxxxxx, xxxxxxxxx xx, xxxx xxx, xxx xxxxxx.

Your affiant reviewed the profile page for "Jhsbassman" which also provided a link to the MySpace page for that screen name. The MySpace page for "Jhsbassman" identifies him as Jeremy Slagel with a residence in Fort Lee, New Jersey and lists his e-mail address as "Jhsbassman@aol.com" The profile page contains a photograph of Jeremy Slagel.  A check of public data bases including motor vehicle registration records indicates that Jeremy Slagel has a listed residence at xxx xxxxx, xxxxxxxxx xx, xxxx xxx, xxx xxxxxx.

On or about January 15, 2008,  FBI Agents issued an administrative subpoena to America Online (AOL) requesting subscriber information and identification records for the account holder utilizing the screen name "Jhsbassman". On or about January 16, 2008, representatives of America Online confirmed that the screen name "Jhsbassman" is provided by AOL, and is assigned to the primary account holder named Karen Slagel, xxx x xxxxxx xxxxxxxxx xx, xxxx xxx, xxx xxxxxx xxxxx, to include her credit card information for billing purposes. In addition, AOL representatives provided documentation that the AOL screen name "Jhsbassman" assigned as described herein was being was being utilized on or about December 28, 2007, the time of the instant message communications between your affiant and "Jhsbassman" took place as described in this affidavit.

Therefore, your affiant believes that there is probable cause that Jeremy Slagel has transported images of child pornography in interstate commerce to the District of Columbia by means of a computer in violation of 18 U.S.C. § 2252A(a)(1).

_____
TIMOTHY R. PALCHAK
Detective, Metropolitan Police Department

Sworn and subscribed to before me this _____ day of January 2008

_____
DEBORAH A. ROBINSON
United States Magistrate Judge