UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 08-059M |
| | : | |
| v | : | |
| | : | |
| JEREMY H. SLAGLE | : | <u>Under Seal</u> |

<u>NOTICE OF APPEARANCE OF COUNSEL</u>

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney David P. Saybolt at telephone number (202) 307-6080 and/or email address David.Saybolt@usdoj.gov.

Respectfully submitted,

JEFFERY A. TAYLOR
United States Attorney

BY: _____
DAVID P. SAYBOLT
Assistant United States Attorney
Federal Major Crimes Section
VA Bar No 44518
555 4th Street, N.W.  #4840
Washington, DC 20530
(202) 307-6080; Fax: 353-9414