UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 08-059M |
| | : | |
| v | : | |
| | : | |
| JEREMY H. SLAGLE | : | <u>Under Seal</u> |

### UNITED STATES' EX PARTE MOTION TO UNSEAL CASE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits this motion to unseal the above-captioned case.

1. On January 30, 2008, the United States filed a complaint charging defendant Jeremy H. Slagle with distribution of child pornography in violation of 22 U.S.C. Section 2252 (a)(1). Upon information and belief, that case was subsequently sealed by the Court sua sponte.

2. On February 20, 2008, defendant was arrested in his hometown of Fort Lee, New Jersey on an arrest and search warrant issued by a district court judge in that jurisdiction. On February 21, 2008, defendant was presented and released in that jurisdiction. The relevant pretrial services agencies in this jurisdiction and the arresting jurisdiction are now arranging for defendant to have notice to appear before this Court in the above-captioned case.

3. There is now no longer any need to seal the case in this jurisdiction.

4. Upon information and belief, defendant is not yet represented in the above-captioned matter in this jurisdiction.

WHEREFORE, it is respectfully requested that this motion be granted.

>Respectfully submitted,
>
>JEFFREY A. TAYLOR
>UNITED STATES ATTORNEY
>
>BY: _____
>DAVID P. SAYBOLT
>Assistant United States Attorney
>Virginia Bar
>U.S. Attorney's Office
>555 Fourth Street NW, Room 4840
>Washington, DC 20530
>(202) 307-6080
>David.Saybolt@usdoj.gov