# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

JEREMY SLAGLE  
DOB:

**FILED**

FEB 2 6 2008

NANCY MAYER WHITTINGTON, CLERK  
U.S. DISTRICT COURT

**WARRANT FOR ARREST**

CASE NUMBER: 0 8 - 0 5 9 - M - 0 1

To: The United States Marshal  
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____JEREMY SLAGLE_____  
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly, transport or ship in interstate or foreign commerce, by any means, including by computer, visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct, and the visual depictions are of such conduct.

in violation of Title _18_ United States Code, Section(s) _2252A(a)(1)_.

DEBORAH A. ROBINSON  
U.S. MAGISTRATE JUDGE

Name of Issuing Officer

_signature_  
Signature of Issuing Officer

DEBORAH A. ROBINSON  
U.S. MAGISTRATE JUDGE  
Title of Issuing Officer

JAN 3 0 2008    District of Columbia  
Date and Location

Bail fixed at $_____ by _____  
                                    Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  | INVESTIGATE COPY ONLY ORIGINAL ON FILE WITH US MARSHALL RM _____ | _signature_ |
| DATE OF ARREST 02/20/08 | | |