UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR. NO. 08-059M |
| | : | |
| v | : | |
| | : | |
| **JEREMY H. SLAGLE** | : | ▬▬▬ |

**FILED**

FEB 2 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Based on the representations in the United States' ex parte motion to unseal the above-captioned case, and this Court's review of the record, and upon good cause being shown, it is this

____26____ day of ___February___, 2008,

ORDERED that the United States' ex parte motion to unseal the above-captioned case is GRANTED.

_____
UNITED STATES MAGISTRATE JUDGE