AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

**for the** DISTRICT OF Columbia

FILED
FEB 2 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

Jeremy Slagle

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 08-059-M-01

I, Jeremy Slagle, charged in a (complaint) (petition) pending in this District with transportation of visual depictions of a minor in violation of Title 18, U.S.C., 2252A(a)(1),

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_Defendant_

Feb. 26. 2008
Date

Counsel for Defendant G. Allen Dale