UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 08-059M |
| | : | |
| v | : | |
| | : | |
| JEREMY H. SLAGLE | : | |

**FILED**

FEB 2 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon oral motion of the Government, and for good cause shown, it is this 26th day of February, 2008, hereby ORDERED that the defendant, Jeremy H. Slagle, on the afternoon of February 26, 2008, report to the central cellblock at 300 Indiana Avenue, N.W., Washington, D.C., for the purpose of booking, fingerprinting, photographing and processing on a charge contained in the complaint against him in this case with FBI Special Agent Scott Schelble and/or MPD Detective Jon Andrews.

Dated: February 26, 2008

_____
UNITED STATES MAGISTRATE JUDGE

cc: Angela George
David P. Saybolt
Assistant United States Attorneys
555 4th Street, N.W.
Room 4080
Washington, D.C. 20530

*Allan Dale*
~~Mark E. Schamel~~, Esq.
Counsel for Defendant
~~601 Pennsylvania Ave, NW~~
~~Washington, DC 20004~~