**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

United States of America
v.
JEREMY SLAGLE
Defendant's name

Case No. 08-59M

**YOU ARE RELEASED ON THE FOLLOWING ADDITIONAL CONDITIONS INDICATED BELOW:**

**PERSONAL PROMISE**
☐ **PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings, trials, or otherwise as required by the Court.

☒ **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court.

**OF $100,000**

☐ **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit to be returned when the Court determines you have performed the conditions of your release. You will deposit in the registry of the Court _____ %.

☐ **SURETY BOND.** Upon execution of appearance bond with approved surety.

**YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:**

☒ **1) SUPERVISORY CUSTODY** — You hereby agree to be placed in the custody of **DORSEY & KAREN SLAGLE** who agrees (a), to supervise you in accordance with the conditions below, (b), to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c), to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone 442-1000.

SIGNATURE OF CUSTODIAN

FEB 2 6 2008
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

☐ **2) YOU ARE TO REPORT** — ☐ weekly ☐ in person ☐ by phone — TO — ☐ THE D.C. PRETRIAL SERVICES AGENCY AT 442-1000. ☐ Your attorney, whose name and address is shown below.

☒ **3) YOU ARE TO LIVE** — ☒ at **ABOVE ADDRESS** ☐ with _____ ☐ at _____ being in at night by _____ P.M.

☐ **4a) YOU ARE TO WORK** — ☐ by obtaining a job within _____ days and reporting it to the D.C. Pretrial Services Agency at 442-1000. ☐ by maintaining your job as _____

☐ **4b) YOU ARE TO STUDY** — ☐ by enrolling in school at _____ ☐ by maintaining your student status at _____

☒ **5) YOU ARE TO STAY** — ☐ away from the complaining witness. ☒ Within the D.C. area. **FOR COURT ONLY & NEW JERSEY**

☒ **6)** ~~NARCOTICS~~ **CEASE EMPLOYMENT W/ FOR YOUR PLEASURE INC.**

☒ **7) OTHER CONDITION** **ABIDE BY ATTACHED CONDITIONS OF RELEASE AS SET BY THE DIST. NJ ON 2/20/08**

☒ **8) REARREST** — Any rearrest on probable cause for any subsequent offense may result in revoking your present bond and setting it at **HWOB**

You are instructed that any violation of a condition of release may result in revocation of release, pretrial detention or contempt. If you willfully fail to appear as required, you will be subject to prosecution and if convicted, the maximum penalties are indicated on the reverse side. Furthermore, your release is subject to the terms and conditions contained on the reverse side which are incorporated in and made a part of this order, which by your signature below you certify you have read and understand.

**NEXT DUE BACK** — in Courtroom _____ at _____ AM/PM on **TBA**
or when notified and you must appear at all subsequent continued dates. You must also appear

**YOUR ATTORNEY** G. Allen Dale
601 PA Ave NW
DC 20004    202 638 2900

**DEFENDANT'S SIGNATURE** ▶ X _____
**WITNESSED BY** _____ (title and agency) **DC PSA**

I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of release and agree to comply with the conditions of my release and to appear as required.

**IMPORTANT:** YOU ARE TO NOTIFY IMMEDIATELY THE D.C. PRETRIAL SERVICES AGENCY, 500 INDIANA AVE., N.W., FIRST FLOOR, TELEPHONE NUMBER 442-1000, OF ANY CHANGE OF ADDRESS, EMPLOYMENT, OR CHANGE IN STATUS OF ANY RELEASE CONDITIONS.

WHITE—TO COURT PAPERS
BLUE—TO JUDGE
GREEN—TO D.C. PRETRIAL SERVICES AGENCY
CANARY—TO DEFENSE ATTORNEY
PINK—TO U.S. ATTORNEY
GOLDENROD—TO DEFENDANT

Date **2/26/08**

**SO ORDERED**
Signature of Judge

*Additional Conditions*

The defendant, Jeremy Slagle, was released on a $100,000 unsecured appearance bond in the District of New Jersey (Newark) on 02/20/08 by Judge Patty Schwartz with the following conditions of release:

1. Home detention. You are restricted to your residence at all times except for stationary and verifiable employment; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services officer.
2. Computer use and internet use for school purposes only within the defendant's residence. Any approved computer device in the home may be subject to password protection and routine monitoring which may include software monitoring and manual inspection.
3. Consent of other residents in the home and computers in the home utilized by other residences shall be approved by Pretrial Services; password protected by third party custodian.
4. No contact with minors, unless in the presence of a parent, guardian, or third party custodian who is aware of the charges.
5. Mental health treatment, as deemed necessary by Pretrial Services.
6. Surrender passport and do not apply for any travel documents.
7. Maintain or actively seek employment.
8. Maintain or commence an education program.
9. Travel restricted to DC for court purposes and New Jersey and the states between.
10. Reside with parents at an address acceptable to Pretrial Services.
11. Parents will act as third party custodians.
12. No contact with victims or witnesses.
13. Refrain from possessing a firearm, destructive device, or other dangerous weapons.
14. Refrain from obstructing or attempting to obstruct or tamper with the efficiency and accuracy of the electronic monitoring equipment.

Report to: U.S. Pretrial Services Officer Ken Rowan
1018 Martin Luther King, Jr.
Federal Building and United States Courthouse
50 Walnut Street
Newark, NJ 07102
(973) 645-2230