UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Criminal No.: 08-059-M-01 |
| v. | : |
| | : |
| JEREMY SLAGLE, | : |
| | : |
| Defendant. | : |

## NOTICE OF APPEARANCE

The Clerk of the Court will please note the appearance of G. Allen Dale, as retained counsel on behalf of defendant, Jeremy Slagle.

/s/
G. ALLEN DALE - Bar No. 954537
601 Pennsylvania Avenue, N.W.
Suite 900 - North Building
Washington, D.C. 20004
(202) 638-2900
Facsimile: (202) 783-1654
gallendale@aol.com