

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK
M L KING JR FEDERAL BLDG & U S COURTHOUSE
50 WALNUT STREET, P O BOX 419
NEWARK, NJ 07101-0419
(973) 645-3730

William T Walsh
Clerk

CAMDEN OFFICE
ONE JOHN F GERRY PLAZA
FOURTH & COOPER STREETS
CAMDEN, NJ 08101

TRENTON OFFICE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

REPLY TO:  Newark

March 3, 2008

**FILED**
MAR 0 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

US District Court

1225 E. Barrett Prettyman
United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

**Re: U.S.A. -v- JREMY SLAGLE**
**Our Docket No. 08-3030(PS)**
**Your Docket No. 08-059-M-01**

Dear Clerk:

      Please be advised that an initial appearance was held in the above-captioned case pursuant to Rule 5 of the Federal Rules of Criminal Procedure. You can obtain the original record by accessing CM/ECF through PACER. If applicable, a certified copy of the Appearance Bond is enclosed. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

                         Very truly yours,
                         WILLIAM T. WALSH, Clerk

                         By:    Amy Andersonn
                                 Deputy Clerk

**RECEIPT ACKNOWLEDGED BY:** _____
**DATE:** _____.

CLOSED

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
### CRIMINAL DOCKET FOR CASE #: 2:08-mj-03030-PS-1

| | |
|---|---|
| Case title: USA v. SLAGLE | Date Filed: 02/20/2008 |
| | Date Terminated: 02/20/2008 |

Assigned to: Magistrate Judge Patty Shwartz

**Defendant (1)**

JEREMY SLAGLE
*TERMINATED: 02/20/2008*

represented by **G. GLENNON TROUBLEFIELD**
CARELLA, BYRNE, BAIN,
GILFILLAN,
CECCHI, STEWART & OLSTEIN, PC

5 BECKER FARM ROAD
ROSELAND, NJ 07068
(973) 994-1700
Email: gtroublefield@carellabyrne.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:2252A(a)(1) Activities re material constituting/containing child porno | |

**Plaintiff**

USA
*TERMINATED: 02/20/2008*

represented by **LISA MARIE COLONE**
U.S. ATTORNEY'S OFFICE
970 BROAD STREET
NEWARK, NJ 07102
(973) 645-2747
Email: lisa.colone@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/20/2008 | | Arrest (Rule 5) of JEREMY SLAGLE (aa, ) (Entered: 02/27/2008) |
| 02/20/2008 | 1 | Minute Entry for proceedings held before Magistrate Judge Patty Shwartz:Initial Appearance in Rule 5 Proceedings as to JEREMY SLAGLE held on 2/20/2008 Appearance entered by G. GLENNON TROUBLEFIELD for JEREMY SLAGLE on behalf of defendant. Bail set $100,000.00 PR Bond, travel restricted to NJ and District of Columbia, etc. (Tape #CD S08-4.) (aa, ) (Entered: 02/27/2008) |
| 02/20/2008 | 2 | NOTICE OF ATTORNEY APPEARANCE: G. GLENNON TROUBLEFIELD appearing for JEREMY SLAGLE (aa, ) (Entered: 02/27/2008) |
| 02/20/2008 | 3 | WAIVER of Rule 5 Hearings by JEREMY SLAGLE (aa, ) (aa, ). (Entered: 02/27/2008) |
| 02/20/2008 | 4 | ORDER Setting Conditions of Release as to JEREMY SLAGLE (1) $100,000.00 PR, surrender passport/travel documents, defendant to reside with parents, etc. Signed by Magistrate Judge Patty Shwartz on 2/20/08. (aa, ) (Entered: 02/27/2008) |
| 02/20/2008 | | Appearance Bond Entered as to JEREMY SLAGLE in amount of $ 100,000.00 PR Bond, (aa, ) (Entered: 02/27/2008) |
| 03/03/2008 | 5 | Clerk's Transmittal Letter to the District of Columbia of Rule 5 Proceeding (aa, ) (Entered: 03/03/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/31/2008 12:15:32 | | | |
| PACER Login: | us3871 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:08-mj-03030-PS Start date: 1/1/1970 End date: 3/31/2008 |
| Billable | | | |

| Pages: | 1 | Cost: | 0.08 |

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | MAGISTRATE'S COURTROOM MINUTES |
|---|---|
| v. | MAGISTRATE NO.: 08-3030(PS) |
| JEREMY SLAGLE | DATE OF PROCEEDINGS: 2/20/08 |
| PROCEEDINGS: Initial Appearance-Rule 5 | DATE OF ARREST: 2/20/08 |

( ) COMPLAINT
(X) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL: ___ AFPD ___ CJA
(X) WAIVER OF HRG.: ✓ PRELIM ___ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: ___ GUILTY ___ NOT GUILTY
( ) PLEA AGREEMENT
( ) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

( ) TEMPORARY COMMITMENT
( ) COMMITMENT TO ANOTHER DISTRICT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
(X) BAIL SET: $100,000.00 PR Bond
(X) TRAVEL RESTRICTED to NJ & District of Columbia
(X) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
(X) MENTAL HEALTH TESTING AND/OR TREATMENT
(X) SURRENDER &/OR OBTAIN NO PASSPORT
(X) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG
( ) DETENTION / BAIL HRG.
( ) TRIAL: ___ COURT ___ JURY
( ) SENTENCING
( ) OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

APPEARANCES:

AUSA  Lisa Colone

DEFT. COUNSEL  ~~John Brady, Esq.~~ G. Glennon Troublefield, Esq.

PROBATION _____

INTERPRETER _____
      Language: ( )

Time Commenced: 3:51
Time Terminated: 4:07
CD No: 508-4

Amy Andersonn
**DEPUTY CLERK**

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :

                                             :      NO. 08-3030(PS)

      V.                           :

JEREMY SLAGLE                  :      NOTICE OF ATTORNEY APPEARANCE

                                             :

SIR:

      YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR JEREMY SLAGLE, THE DEFENDANT IN THE ABOVE-ENTITLED MATTER.

DATE: February 20, 2008
SIGNATURE: _____
NAME: G. Glennon Troublefield
(Please Print)
FIRM NAME: Carella, Byrne
ADDRESS: 5 Becker Farm Road
Roseland, NJ 07068

TELEPHONE NUMBER: 973-994-1700, ext. 547

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ NEW JERSEY _____

UNITED STATES OF AMERICA

V.

_____ JEREMY SLAGLE _____

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 08-3030(PS)

CHARGING DISTRICTS CASE NUMBER: 08-059-M-01

I understand that charges are pending in _____ District of _____ Columbia _____ alleging violation of _____ Title 18 §2252A(a)(1) _____ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ✓ ) identity hearing

( ✓ ) preliminary hearing

( ) Identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

February 20, 2008
Date

_____
Defense Counsel

AO 199A    (Rev. 6/97) Order Setting Conditions of Release                                    Page 1 of ___3___ Pages

# UNITED STATES DISTRICT COURT

_____for the_____        District of    New Jersey_____

United States of America

V.                                                 **ORDER SETTING CONDITIONS**
                                                          **OF RELEASE**

_____JEREMY SLAGLE_____        Case Number:  08-3030(PS)
Defendant

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1)     The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2)     The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3)     The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed directed. The defendant shall appear at (if blank, to be     US District Court - D.C.
                                                                                                        Place
Pretrial Services      on                                                                      9:30 am
within 10 days. Pretrial Services in NJ shall provide a    Date and Time
date certain for his appearance.

Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4)    The defendant promises to appear at all proceedings as required and to surrender for service of any sentence

( ✔ ) (5)    The defendant executes an unsecured bond, binding the defendant to pay the United States the sum of
             One hundred thousand _____ dollars ($ 100,000.00)
             in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.
             to be co-signed by individuals acceptable to Pretrial
             Services

DISTRIBUTION:    COURT      DEFENDANT      PRETRIAL     SERVICES     U.S. ATTORNEY     U.S. MARSHAL

Case 2:08-mj-03030-PS   Document 4   Filed 02/20/2008   Page 2 of 3
Case 1:08-mj-00059-DAR   Document 10   Filed 03/05/2008   Page 9 of 11

⛉AO 199B   (Rev. 5/99) Additional Conditions of Release                              Page ___2___ of ___3___

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.

**FURTHER ORDERED** that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
(Name of person or) _Karen Slagle   Dorsey Slagle_
(Address) _555 North Ave   apt LF_
(City and) _Fort Lee   NJ   07024_   (Tel. No.) _201 224 5819_

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

_Karen Slagle_                Signed: _Dorsey Slagle_                _2-20-2008_
                                          Custodian or Proxy                    Date

( X ) (7) The defendant shall:

( ) (a) report to _____
telephone _____, not later _____.

( ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:

( ) (c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described

( ) (d) execute a bail bond with solvent sureties in the amount _____.
(X) (e) maintain or actively seek employment. _standing verifiable_
(X) (f) maintain or commence an education program.
(X) (g) surrender any passport _to Pretrial Services_   _for court purposes_
(X) (h) obtain no passport. _no new travel documents_
( ) (i) abide by the following restrictions on personal association, place of abode, or travel: _travel restricted to DC + NJ + States between_
_reside with parents at an address acceptable to Pretrial Services_

(X) (j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited _____

(✓) (k) undergo medical or psychiatric treatment and/or remain in an institution as _deemed appropriate by Pretrial Services_

( ) (l) return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited

( ) (m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising
(✓) (n) refrain from possessing a firearm, destructive device, or other dangerous weapons.
( ) (o) refrain   ( ) any   ( ) excessive use of alcohol.
( ) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
( ) (q) submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
( ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.
(✗) (s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.
(X) (t) participate in one of the following home confinement program components and abide by all the requirements of the _____ (✓) will or
( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon to pay as determined by the pretrial services office or supervising officer.
  ( ) (i) Curfew. You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
  (X) (ii) Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance _standing verifiable_ abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or
  ( ) (iii) Home Incarceration. You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.
(X) (u) report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
(X) (v) _Computer use + internet use for school purposes only within the deft's residence._
_Any approved Computer Device in the home may be subject to password protection +_
(X) (w) _No Contact w/ minors, unless in the presence of a parent, guardian or_
_Third Party Custodian who is aware of the charges._
(X) (x) _Consent of other residents in the home + computers in the home utilized by other_
_residents shall be approved by PTs, password protected by Third Party Custodian,_
_routine monitoring, which may include software monitoring, and manual inspection_
_by PTS._

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL

AO 199C   (Rev.6/97) Advise of Penalties . . .                                    Page ___3___ of ___3___ Pages

## Advice of Penalties and Sanctions

**THE DEFENDANT:**

**YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:**

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_____
Address

_____
City and State                    Telephone

### Directions to United States Marshal

(✓) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date   2/29/08                                    _____
                                                  Signature of Judicial Officer

                                                  Patty Shwartz U.S. Magistrate Judge
                                                  Name and Title of Judicial Officer

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK
M. L. KING JR FEDERAL BLDG. & U S COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ 07101-0419
(973) 645-3730

CAMDEN OFFICE
ONE JOHN F GERRY PLAZA
FOURTH & COOPER STREETS
CAMDEN, NJ 08101

TRENTON OFFICE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608



William T. Walsh
Clerk

REPLY TO: Newark

March 3, 2008

US District Court

1225 E. Barrett Prettyman
United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

Re: U.S.A. -v- JREMY SLAGLE
Our Docket No. 08-3030(PS)
Your Docket No. 08-059-M-01

Dear Clerk:

Please be advised that an initial appearance was held in the above-captioned case pursuant to Rule 5 of the Federal Rules of Criminal Procedure. You can obtain the original record by accessing CM/ECF through PACER. If applicable, a certified copy of the Appearance Bond is enclosed. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

Very truly yours,
WILLIAM T. WALSH, Clerk

By: X Anderson
Amy Andersonn
Deputy Clerk

RECEIPT ACKNOWLEDGED BY: _____

DATE: _____.