UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,    :
:
v.    :    Case No.: 08-059M
:
JEREMY SLAGLE,    :
:
Defendant.    :
:
:
_____    :

**FILED**

APR 2 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

O R D E R

This matter comes before the court on oral motion of the defendant seeking to temporarily modify his conditions of release. Based upon the defendants' motion and the entire record in this case, including the government's response, it is by this Court this ____ day of April, 2008,

ORDERED, that the defendant's motion be and the same hereby is granted; and it is

FURTHER ORDERED, that the defendant's condition of release be and they hereby are modified to allow the defendant to travel from his home, where he is confined under electronic monitoring, to the Hunterdon Hills Playhouse in Hampton, NJ on April 26, 2008 to attend a wedding; and it is

FURTHER ORDERED, that the defendant return to his home by noon on April 27, 2008; and it is

FURTHER ORDERED, that the defendant's father, presently acting as a third party custodian, accompany him on the requested trip and remain with him at all times; and it is

FURTHER ORDERED, that Mr. Slagle call pretrial services immediately before departing his home and immediately upon his return and that Mr. Slagle keep a cellular telephone with him at all times so that he may be reached by pretrial services at any time during his trip; and it is

FURTHER ORDERED, that all other conditions of Mr. Slagle's release remain the same.

_____
Magistrate Judge
United States District Court