UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-059M-01 |
| | : | |
| v. | : | |
| | : | |
| JEREMY SLAGLE | : | |
| | : | |

**NOTICE OF ASSIGNMENT AND APPEARANCE**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Catherine K. Connelly at telephone number (202)616-3384 and/or email address: Catherine.Connelly2@usdoj.gov.  Ms. Connelly is replacing AUSA David Saybolt in this matter.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

*Catherine K. Connelly*
Catherine K. Connelly
Assistant United States Attorney
Federal Major Crimes Section
Mass.  Bar No. 649430
555 4th Street, N.W.  #4844
Washington, DC 20001
(202)616-3384; Fax: 353-9414