UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Case No.: 08-059M-01 |
| : | |
| JEREMY SLAGLE, : | |
| : | |
| Defendant. : | |
| : | |

## UNOPPOSED MOTION SEEKING TO
## MODIFY CONDITIONS OF RELEASE

Comes now the defendant, Jeremy Slagle, by and through counsel, G. Allen Dale, and respectfully moves this Court to enter an Order modifying his conditions of release. In support thereof the defendant respectfully states:

Mr. Slagle was arrested on a warrant issued on January 30, 2008, charging him with transportation of child pornography in interstate commerce in violation of 18 USC 2252A(a)(1).

Mr. Slagle has been free on an unsecured cash bond of $100,000.00 since his release by the District Court in New Jersey on February 20, 2008. As a condition of his release, Mr. Slagle must abide by a list of 14 conditions, including home detention.

The home detention aspect of his release requires Mr. Slagle be restricted to his residence at all times except for employment, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court ordered obligations or other activities pre-approved by his pretrial services officer.

Mr. Slagle seeks this Court's approval to use the gym located in his apartment building for one hour each day. The gym is located one floor below the lobby of h is building and just down the hallway from his apartment, which he shares with his parents, who also act as third party custodians in this case.

The gym in question is only used by residents of the apartment building in which he lives and no one under the age of 16 is allowed in the gym. Mr. Slagle's father would accompany him each and every time he visited the gym. He would continue to wear his electronic bracelet during the gym visits.

Mr. Slagle is not in great physical shape and the extended home detention, without the ability to exercise has caused him to gain even more weight and his blood pressure to rise.

The pretrial services officer supervising Mr. Slagle, Mr. John Pyburn, has no objection to the request made herein.

Assistant United States Attorney Catherine Connelly, assigned to prosecute this case, has no objection to the request made herein.

WHEREFORE, the defendant respectfully moves the Court to sign the attached Order amending his conditions of release.

Respectfully submitted,

_____/s/_____
G. ALLEN DALE - #954537
Law Offices of G. Allen Dale
601 Pennsylvania Avenue, N.W.
Suite 900 - North Building
Washington, D.C. 20004
(202) 638-2900

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Case No.: 08-059M-01 |
| JEREMY SLAGLE, | : |
| Defendant. | : |

ORDER

This matter comes before the court on unopposed motion of the defendant seeking to modify his conditions of release. Based upon the defendants' motion and the entire record in this case, it is by this Court this _____ day of May, 2008,

ORDERED, that the defendant's motion be and the same hereby is granted; and it is

FURTHER ORDERED, that the defendant's condition of release be and they hereby are modified to allow the defendant one hour per day in the gym located in his apartment building; and it is

FURTHER ORDERED, that the defendant's father (or mother) acting as third party custodians, be present with him during his visits to the gym; and it is

FURTHER ORDERED, that the pretrial services agent supervising Mr. Slagle be and he is hereby charged with the details of the gym visits; and it is

FURTHER ORDERED, that all other conditions of Mr. Slagle's release remain the same.

_____
Magistrate Judge
United States District Court