UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,         :
                                  :
v.                                :    Case No.: 08-059M-01
                                  :
JEREMY SLAGLE,                    :
                                  :
Defendant.                        :
                                  :
_____   :

**FILED**

MAY 2 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>O R D E R</u>

This matter comes before the court on unopposed motion of the defendant seeking to modify his conditions of release. Based upon the defendants' motion and the entire record in this case, it is by this Court this 20th day of May, 2008,

ORDERED, that the defendant's motion be and the same hereby is granted; and it is

FURTHER ORDERED, that the defendant's condition of release be and they hereby are modified to allow the defendant one hour per day in the gym located in his apartment building; and it is

FURTHER ORDERED, that the defendant's father (or mother) acting as third party custodians, be present with him during his visits to the gym; and it is

FURTHER ORDERED, that the pretrial services agent supervising Mr. Slagle be and he is hereby charged with the details of the gym visits; and it is

FURTHER ORDERED, that all other conditions of Mr. Slagle's release remain the same.

_____
Magistrate Judge
United States District Court