UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :
                            :
                            :
         v.                 :    Case No.: 08-059M-01
                            :
                            :
JEREMY SLAGLE,              :
                            :
         Defendant.         :

**FILED**
JUN 2 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

The Court, after a hearing on defendant's conditions of release, has determined that the conditions of release should be, and they hereby are, amended so as to prohibit the defendant's use of a computer in any fashion while this case is pending. In order to ensure that the defendant does not use a computer or any other device to access the internet, it s by this Court, this _25_ day of June, 2008

ORDERED, that the defendant surrender his cell phone to his father/third party custodian and that the defendant not use or possess a cell phone until further order of the Court; and it is

FURTHER ORDERED, that the laptop computer belonging to the defendant's mother be secured outside the home at all times; and it is

FURTHER ORDERED, that the one remaining computer in the home be removed from the common area and secured in a locked room to which access is restricted to the defendant's father, who shall be the only person to have access to the key used to lock the door of the room in which the computer is kept; and it is

FURTHER ORDERED, that the defendant not possess, or use in any fashion whatsoever, any device, electronic or otherwise, that would allow him to access the internet, and it is

FURTHER ORDERED, that all pre-existing conditions of release shall remain in effect.

*[signature]*
John M. Facciola
Magistrate Judge
United States District Court